# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JESSE SACKIN, PETER HARRIS, STEPHEN LUSTIGSON, NICHOLAS MIUCCIO, and SARAH HENDERSON,** Individually and on Behalf of All Others Similarly Situated, | **Case No.: 1:17-cv-1469 (LGS)** |
| **PLAINTIFFS,** | **DECLARATION REGARDING (A) UPDATE ON THE SETTLEMENT NOTICE PROGRAM (B) EXCLUSION REQUESTS AND OBJECTIONS; AND (C) REPORT ON NUMBER OF CLAIMS FILED** |
| v. | |
| **TRANSPERFECT GLOBAL, INC** | |
| **DEFENDANT.** | |

## DECLARATION OF BRIAN MANIGAULT REGARDING (A) UPDATE ON THE SETTLEMENT NOTICE PROGRAM (B) EXCLUSION REQUESTS AND OBJECTIONS; AND (C) REPORT ON NUMBER OF CLAIMS FILED

I, Brian Manigault, declare:

1.     I am an Associate Project Manager with Angeion Group ("Angeion"), located at 1801 Market Street, Suite 660, Philadelphia, PA 19103.  I am over 21 years of age and am not a

party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      By way of background, Angeion is a class action notice and claims administration company formed by an experienced team of executives with more than 65 combined years of experience implementing claims administration and notice solutions for class action settlements and judgments. With executives that have had extensive tenures at five other nationally recognized claims administration companies, collectively, the management team at Angeion has overseen more than 2,000 class action settlements and distributed over $10 billion to class members.

3.      Angeion was retained as Settlement Administrator and appointed by the Court pursuant to the Order Granting Preliminary Approval of Class Action Settlement and Approving Notice Program (the "Order") entered on March 13, 2018.

4.      The purpose of this declaration is to provide the Parties and the Court with a summary and the results of the work performed by Angeion related to the Settlement Class Notice Program for the *Sackin et al.v. TransPerfect Global, Inc., Case No.1:17-cv-1469--LGS*, following the Court's March 13, 2018 Order.

## SETTLEMENT NOTICE PROGRAM

5.      On May 9, 2018, Angeion caused the Summary Notice ("Notice") to be emailed to 4,825 Settlement Class Members whose Class List record contained an email address.  A copy of the email notice is attached hereto as Exhibit A.  Pursuant to the Stipulation and Agreement of Settlement 192 Class Members who did not have an email address were to receive a Postcard Notice.

6.      Of the 4,825 Notices that were sent via email, 4,692 were delivered, and 133 emails failed.  Pursuant to the Stipulation and Agreement of Settlement, Settlement Class Members whose email notification failed were to receive a Postcard Notice.

7.      As of July 13, 2018, there were 1,808 Settlement Class Members who did not open their email notification. Pursuant to the Stipulation and Agreement of Settlement, Settlement Class Members whose email notification remain unopened were to receive a Postcard Notice.

## POSTCARD NOTICE

8.      As of May 18, 2018, a total of 192 Postcard Notice were sent via first-class mail Settlement Class Members whose email address was not provided on the Class List or whose email notification were not delivered. The 1,808 Settlement Class Members who did not open their email notification were not mailed a Postcard Notice.

## SUPPLEMENTAL NOTICE

9.      On July 18, 2018, the Settlement Class Counsel ("Class Counsel") informed the Court of the 1,808 Settlement Class Members who did not open their email notice and were not mailed a Postcard Notice. In addition, Class Counsel requested this group be sent a revised Postcard Notice and re-sent an Email Notice. Since the objection and exclusion deadlines had expired, a 45-day objection and exclusion extension was requested from the issuance of the notice. Lastly, in order to avoid confusion with re-noticing specific Settlement Class Members, Class Counsel requested the entire Class be re-noticed.

10.     On July 24, 2018, the Court approved the Supplemental Noticing to Settlement Class Members, exclusion and objection deadline extension and rescheduling of the Final Approval Hearing.

11.     On August 3, 2018, Angeion caused a revised Summary Notice ("Revised Notice") that contained deadline extensions and the new Final Hearing date to be emailed to 4,735 Settlement Class Members whose Class List record contained an email address. A copy of the Revised email notice is attached hereto as Exhibit B.

12.     On August 3, 2018, Angeion caused the Revised Postcard Notice to be sent via first-class mail to 4,884 Settlement Class Members. A copy of the Revised Postcard notice is attached hereto as Exhibit C.

13.      As of September 4, 2018, the USPS has returned 6 Postcard Notices from the Initial Noticing as undeliverable with a forwarding address. Angeion has re-mailed Postcard Notices to the forwarding addresses provided.

14.     As of September 4, 2018, the USPS has returned 17 Postcard Notices from the Initial Noticing as undeliverable without a forwarding address.  Using locator services, 12 updated addresses were found, and Postcard Notices were re-mailed to the updated addresses.

15.     As of September 4, 2018, the USPS has returned 333 Postcard Notices from the Supplemental Noticing as undeliverable with a forwarding address. Angeion has re-mailed Postcard Notices to the forwarding addresses provided.

16.     As of September 4, 2018, the USPS has returned 394 Postcard Notices from the Supplemental Noticing as undeliverable without a forwarding address.  Using locator services, 181 updated addresses were found, and Postcard Notices were re-mailed to the updated addresses.

17.     In the aggregate, as of September 4, 2018, Angeion has mailed 5,608 Postcard Notices to Settlement Class Members.

## EMAIL NOTIFICATION RESULTS

18.     As referenced in the notice program outlined above, 4,825 Settlement Class Members were emailed an initial Notice on May 9, 2018.

19.     As of September 4, 2018, there were 4,667 emails successfully delivered from the initial Noticing. Of the emails successfully delivered, 3,026 emails have been opened.  In addition, 724 Settlement Class Members clicked on a link in the email.

20.     As referenced in the notice program outlined above, 4,705 Settlement Class Members were emailed the Revised Notice on August 3, 2018.

21.     As of September 4, 2018, there were 4,678 emails from the Revised Notice were successfully delivered. Of the emails successfully delivered, 2,504 emails have been opened.  In addition, 484 Settlement Class Members clicked on a link in the email.

22.     In the aggregate, as of September 4, 2018, Angeion sent 9,530 emails.  Of the emails successfully delivered, 5,530 emails have been opened. In addition, 1,208 Settlement Class Members clicked on a link in the email.

## CLASS MEMBER COMMUNICATION

23.     On May 9, 2018, in order to accommodate inquiries regarding the Settlement, Angeion made operational a telephone number (1-844-824-5797) with an Interactive Voice Response ("IVR") system.  Callers have the ability to listen to important information about the Settlement 24 hours a day, 7 day a week.  As of September 4, 2018, there were 84 calls to the IVR.  The IVR will be maintained throughout the administration of the Settlement.

24.     On May 9, 2018, Angeion created a dedicated email address TransPerfectsettlement@AdministratorClassAction.com to accommodate inquiries regarding the Settlement. As of September 4, 2018, there were 25 emails have been received.

25.     In the aggregate, as of September 4, 2018, Angeion has been contacted by 109 individuals via email or telephone regarding the Settlement.

## WEBSITE

26.     On May 11, 2018, Angeion established the Settlement Website, www.transperfectsettlement.com. The website enables Settlement Class Members to complete Theft Protection Election Form ("Election Form") and/or Reimbursement Form.  In addition, Settlement Class Members can obtain information about the Settlement and provides access to important dates relevant to the Settlement, including the exclusion, objection and claim filing deadlines. As of September 4, 2018, 3,784 individuals have visited the website.

## REQUESTS FOR EXCLUSION

27.     The initial Notice informed Settlement Class Members that any written request for exclusion from the Settlement Class must be addressed to "TransPerfect Settlement – Exclusion Request, PO BOX 30456, PHILADELPHIA, PA 19103" such that they are postmarked no later than June 25, 2018. Angeion has received nine (9) exclusion attached hereto as Exhibit D from the Settlement Class as of the June 25, 2018.

28.     As a result of the re-noticing to the entire Class, the exclusion deadline was extended to September 17, 2018.  As of September 4, 2018, Angeion has not received any additional request for exclusions.  Angeion will continue to monitor incoming mail for exclusion requests and will report any exclusion request that are received to Counsel.

**OBJECTING TO THE SETTLEMENT**

29.     The initial Notice informed Settlement Class Members that objections are to be delivered to the Court no later than June 25, 2018.  Angeion has also monitored all mail received to identify correspondence containing an objection to the Settlement. Angeion has not received any objection as of June 25, 2018.

30.     As a result of the re-noticing to the entire Class the objection deadline was extended to September 17, 2018. As of September 4, 2018, Angeion has not received any additional objections.  Angeion will continue to monitor incoming mail for objections and will report any objections that are received to Counsel.

**NUMBER OF CLAIMS FILED**

31.     Settlement Class Members were informed that in order to receive the Class Settlement Experian plan at TransPerfect's expense, Settlement Class Members must submit an Identity Election Form to TransPerfect Settlement, 1801 Market Street, Suite 660 Philadelphia, PA 19103 or through the Settlement Website by December 5, 2018.  As of September 4, 2018, Angeion has received 1,035 Election Forms from Settlement Class Members.

32.     Settlement Class Members were informed that any Settlement Class Member who has enrolled in the Class Settlement Experian plan being offered through this settlement may also seek reimbursement of documented economic cost up $4,000. Settlement Class Members must submit Reimbursement Forms to TransPerfect Settlement, 1801 Market Street, Suite 660 Philadelphia, PA 19103 or through the Settlement Website by February 10, 2021.  As of September 4, 2018, Angeion has received 528 Reimbursement Forms from Settlement Class Members.

33.    Based on Angeion's experience of administering notices in similar cases, our initial estimate for claim submissions was 9% of the Settlement Class Member. As a result of the Initial and Supplemental Noticing, we have received Election Form and/or Reimbursement Forms from approximately 27% of Settlement Class Members. This rate is substantially higher than our original estimate. Angeion anticipates the Election and Reimbursement Forms submissions to increase through deadlines.

I declare under penalty of perjury that the foregoing is true and correct.

BRIAN MANIGAULT

DATED: SEPTEMBER 6, 2018

# EXHIBIT A

**From:** TransPerfectsettlement@AdministratorClassAction.com
**Sent:**
**To:**
**Subject:** Notice of Proposed Settlement

**Summary Notice**

Sackin et al. v. TransPerfect Global, Inc., No. 1:17-cv-1469-LGS
You may be entitled to receive benefits under this class action settlement.
A federal court authorized this Notice. It is not a solicitation from a lawyer.

A proposed settlement has been reached in a lawsuit entitled Sackin et al. v. TransPerfect Global, Inc., No. 1:17-cv-1469-LGS, pending in the United States District Court for the Southern District of New York. The lawsuit alleges that on or about January 17, 2017, TransPerfect was the victim of a phishing attack resulting in the disclosure of Form W-2 data and/or payroll information of individuals who work for or had worked for TransPerfect and certain corporate affiliates (the "Data Breach"). TransPerfect maintains that it had meritorious defenses, and it was prepared to vigorously defend the lawsuit. The settlement is not an admission of wrongdoing or an indication that TransPerfect has violated any laws.

Who Is Included? TransPerfect's records indicate you are included in the settlement as a Settlement Class Member because you are a current or former TransPerfect employee whose Form W-2 data and/or payroll information was involved in the Data Breach.

What Benefits are Included in the Settlement?

• Settlement Class Members have the option to enroll in additional identity theft protection coverage at TransPerfect's cost in the form of Experian's Credit Plus 3-Bureau plan ("Class Settlement Experian Plan") for a three-year period. Each person who enrolls in the Class Settlement Experian Plan is entitled to: (i) three-bureau credit monitoring alerts; (ii) dark web surveillance alerts; (iii) daily credit reports; (iv) fraud resolution support; and (v) up to $1 million in identity theft insurance.

• To view the Benefits of the Experian Identity Theft Coverage being offered through this settlement, please click here.

• Settlement Class Members who have not accepted coverage under TransPerfect's offering of Experian ProtectMyID identity theft protection plan (the "Original Experian Plan"), offered shortly after the Data Breach, are able to do so without affecting their rights under the Settlement Agreement. The deadline for enrolling in the Original Experian Plan is February 10, 2019. You may find out whether you previously accepted coverage under the Original Experian Plan by calling Experian at 1-877-890-9332.

• Settlement Class Members who have elected to receive the Class Settlement Experian Plan being offered as part of this settlement may also seek reimbursement of economic costs up to $4,000 per Settlement Class Member that are related to the Data Breach and not reimbursed by Experian or another

third party, if supported by required documentation. Any Settlement Class Member whose Reimbursement Claim to Experian is rejected for failure to submit a claim within Experian's required time period may not submit a Claim for reimbursement for economic costs related to the Data Breach.

• The Class Settlement Experian Plan being provided to Settlement Class Members is available whether or not they enrolled in the Original Experian Plan.

How Do I Receive Settlement Benefits? To receive the Class Settlement Experian plan at TransPerfect's expense, Settlement Class Members must submit an identity theft protection enrollment form (the "Identity Theft Protection Election Form") to the Settlement Administrator by December 5, 2018. To file a claim for reimbursement of economic costs, a Settlement Class Member must first elect to receive the Class Settlement Experian plan, exhaust the insurance benefit available through Experian, and submit a Reimbursement Form to the Settlement Administrator by February 10, 2021. Both forms are available at www.TransPerfectSettlement.com, by calling 1-844-824-5797, or by writing to the Settlement Administrator at TransPerfect Settlement, 1801 Market Street, Suite 660, Philadelphia, PA 19103. Both forms may be submitted through the Settlement Website or by mail to the Settlement Administrator.

What Are My Options? You can do nothing, submit an Identity Theft Protection Election Form, or exclude yourself from the settlement.

• If you do nothing or submit an Identity Theft Protection Election Form, your rights will be affected. You will not be able to sue Defendant in a future lawsuit about the claims addressed in the settlement.

• If you exclude yourself, you will not receive the listed settlement benefits — but you will keep your right to sue Defendant in a separate lawsuit on the issues covered by the settlement. You must contact the Settlement Administrator by mail to exclude yourself.

• If you do not exclude yourself, you can object to the settlement, Class Counsel's request for fees and expenses, or the Settlement Class Representatives' requests for incentive awards.

All Requests for Exclusion and Objections must be mailed and postmarked by June 25, 2018.

The Final Approval Hearing. The Court will hold a Final Approval Hearing at 11:00 a.m., on August 16, 2018, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1106, New York, NY 10007. At the Final Approval Hearing, the Court will consider whether the proposed settlement is fair, reasonable, and adequate. The Court may also consider Settlement Class Counsel's request for attorneys' fees and costs, and service awards to the Settlement Class Representatives that filed this lawsuit. If there are objections, the Court will consider them.

Getting More Information. More information, including the Settlement Agreement and other related documents, is available at www.TransPerfectSettlement.com.

# EXHIBIT B

**From:** TransPerfectsettlement@AdministratorClassAction.com
**Sent:**
**To:**
**Subject:** Notice of Proposed Settlement

## Summary Notice

Sackin et al. v. TransPerfect Global, Inc., No. 1:17-cv-1469-LGS
You may be entitled to receive benefits under this class action settlement.
A federal court authorized this Notice. It is not a solicitation from a lawyer.

As you may already know, a proposed settlement has been reached in a lawsuit entitled Sackin et al. v. TransPerfect Global, Inc., No. 1:17-cv-1469-LGS, No. 1:17-cv-1469-LGS, pending in the United States District Court for the Southern District of New York. The lawsuit alleges that on or about January 17, 2017, TransPerfect was the victim of a phishing attack resulting in the disclosure of Form W-2 data and/or payroll information of individuals who work for or had worked for TransPerfect and certain corporate affiliates (the "Data Breach"). TransPerfect maintains that it had meritorious defenses, and it was prepared to vigorously defend the lawsuit. The settlement is not an admission of wrongdoing or an indication that TransPerfect has violated any laws.

If you have not already done so, go to www.TransPerfectSettlement.com to obtain settlement benefits (up to three years of free credit monitoring under Experian's Credit Plus 3-Bureau Plan, plus reimbursement for out-of-pocket costs resulting from the Data Breach) or to opt out or object to the settlement.

Who Is Included? TransPerfect's records indicate you are included in the settlement as a Settlement Class Member because you are a current or former TransPerfect employee whose Form W-2 data and/or payroll information was involved in the Data Breach.

What Benefits are Included in the Settlement?

• Settlement Class Members have the option to enroll in additional identity theft protection coverage at TransPerfect's cost in the form of Experian's Credit Plus 3-Bureau plan ("Class Settlement Experian Plan") for a three-year period. Each person who enrolls in the Class Settlement Experian Plan is entitled to: (i) three-bureau credit monitoring alerts; (ii) dark web surveillance alerts; (iii) daily credit reports; (iv) fraud resolution support; and (v) up to $1 million in identity theft insurance.

• To view the Benefits of the Experian Identity Theft Coverage being offered through this settlement, please click here.

• Settlement Class Members who have not accepted coverage under TransPerfect's offering of Experian ProtectMyID identity theft protection plan (the "Original Experian Plan"), offered shortly after the Data Breach, are able to do so without affecting their rights under the Settlement Agreement. The

deadline for enrolling in the Original Experian Plan is February 10, 2019. You may find out whether you previously accepted coverage under the Original Experian Plan by calling Experian at 1-877-890-9332.

•      Settlement Class Members who have elected to receive the Class Settlement Experian Plan being offered as part of this settlement may also seek reimbursement of economic costs up to $4,000 per Settlement Class Member that are related to the Data Breach and not reimbursed by Experian or another third party, if supported by required documentation. Any Settlement Class Member whose Reimbursement Claim to Experian is rejected for failure to submit a claim within Experian's required time period may not submit a Claim for reimbursement for economic costs related to the Data Breach.

•      The Class Settlement Experian Plan being provided to Settlement Class Members is available whether or not they enrolled in the Original Experian Plan.

How Do I Receive Settlement Benefits? To receive the Class Settlement Experian plan at TransPerfect's expense, Settlement Class Members must submit an identity theft protection enrollment form (the "Identity Theft Protection Election Form") to the Settlement Administrator by December 5, 2018. To file a claim for reimbursement of economic costs, a Settlement Class Member must first elect to receive the Class Settlement Experian plan, exhaust the insurance benefit available through Experian, and submit a Reimbursement Form to the Settlement Administrator by February 10, 2021. Both forms are available at www.TransPerfectSettlement.com, by calling 1-844-824-5797, or by writing to the Settlement Administrator at TransPerfect Settlement, 1801 Market Street, Suite 660, Philadelphia, PA 19103. Both forms may be submitted through the Settlement Website or by mail to the Settlement Administrator.

What Are My Options? You can do nothing, submit an Identity Theft Protection Election Form, or exclude yourself from the settlement.

•      If you do nothing or submit an Identity Theft Protection Election Form, your rights will be affected. You will not be able to sue Defendant in a future lawsuit about the claims addressed in the settlement.

•      If you exclude yourself, you will not receive the listed settlement benefits — but you will keep your right to sue Defendant in a separate lawsuit on the issues covered by the settlement. You must contact the Settlement Administrator by mail to exclude yourself.

•      If you do not exclude yourself, you can object to the settlement, Class Counsel's request for fees and expenses, or the Settlement Class Representatives' requests for incentive awards.

The Exclusion and Objection deadline has been extended to September 17, 2018. All Requests for Exclusion and Objections must be mailed and postmarked by September 17, 2018.

The Final Approval Hearing. The Court will hold a Final Approval Hearing at 10:30 a.m., on September 27, 2018, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1106, New York, NY 10007. At the Final Approval Hearing, the Court will consider whether the proposed settlement is fair, reasonable, and adequate. The Court may also consider Settlement Class Counsel's request for attorneys' fees and costs, and service awards to the Settlement Class Representatives that filed this lawsuit. If there are objections, the Court will consider them.

Getting More Information. More information, including the Settlement Agreement and other related documents, are available at www.TransPerfectSettlement.com.

# EXHIBIT C

**Notice of Class Action and Proposed Settlement**
*Sackin et al. v. TransPerfect Global, Inc.*,
No. 1:17-cv-1469-LGS
United States District Court for the Southern District of New York

As you may already know, a proposed settlement has been reached in a lawsuit entitled *Sackin et al. v. TransPerfect Global, Inc.*, No. 1:17-cv-1469-LGS, pending in the United States District Court for the Southern District of New York. The lawsuit alleges that on or about January 17, 2017, TransPerfect was the victim of a phishing attack resulting in the disclosure of Form W-2 data and payroll information of individuals who worked for TransPerfect and certain affiliates (the "Data Breach"). TransPerfect maintains that it had meritorious defenses and the settlement is not an admission of wrongdoing or an indication that TransPerfect has violated any laws.

TransPerfect's records indicate you are included in the settlement as a Settlement Class Member because you are a current or former TransPerfect employee whose Form W-2 data and/or payroll information was involved in the Data Breach.

**If you have not already done so, go to www.TransPerfectSettlement.com to obtain settlement benefits (up to three years of free credit monitoring under Experian's Credit Plus 3-Bureau Plan, plus reimbursement for out-of-pocket costs resulting from the Data Breach) or to opt out or object to the settlement.**

SPL

**TransPerfect Settlement**
**1650 Arch St, Suite 2210**
**Philadelphia, PA 19103**


UNIQUE ID:


       JOHN Q CLASSMEMBER
       123 MAIN ST.
       ANYTOWN, ST 12345
       [POSTAL BAR CODE]


SPL

# EXHIBIT D

June 6, 2018

TransPerfect Settlement
Attn: Settlement Administrator
1801 Market Street, Suite 660
Philadelphia, PA 19103


Re: *Sackin et al. v. TransPerfect Global, Inc., No. 1:17-cv-1469-LGS* Class Action Settlement


To Settlement Administrator:

I do not wish to be a Settlement Class Member. By this letter, I am excluding myself from the Class Action Suit and therefore retaining my rights to pursue legal action in the future if necessary.


Sincerely,

**Eric J Gonzalez**

**MASSACHUSETTS ALL-PURPOSE ACKNOWLEDGMENT**
Gov. Exec. Ord. #455(03-13), §5(d)

Commonwealth of Massachusetts

County of _SUFFOLK_ } ss.

On this the _6th_ day of _June_, _2018_, before me,
_____Day_____ _____Month_____ _____Year_____

_Ashley Michelle Wellbrock_ the undersigned Notary Public, personally appeared
_____Name of Notary Public_____

_Eric Gonzalez_____, proved to me through
_____Name(s) of Signer(s)_____

satisfactory evidence of identification, which was/were _Massachusetts_
_____Description of Evidence of Identity_____

_Driver's License_____, to be the person(s) whose name(s) is/are
signed on the preceding or attached document, and acknowledged to me that
he/she/they signed it voluntarily for its stated purpose(.)

☐ as partner(s) for _____
_____Name of Partnership_____
_____, a partnership.

☐ as _____ for
_____Title of Office_____
_____, a corporation.
_____Name of Corporation_____

☐ as attorney in fact for _____
_____Name of Principal Signer_____
_____, the principal.

☒ as _Individual_ for _Opt Out letter_
_____Type of Capacity_____

for _Eric Gonzalez_, a/the _Personal_
_____Name of Person/Entity_____ _____Type of Entity_____

_____
_____Signature of Notary Public_____

_Ashley Michelle Wellbrock_
_____Printed Name of Notary_____

Place Notary Seal and/or Stamp Above    My Commission Expires: _March 14, 2025_

**Ashley M. Wellbrock**
Notary Public, Commonwealth of Massachusetts
My Commission Expires    March 14, 2025

──────── **OPTIONAL** ────────

*Though this section is optional, completing this information can deter alteration or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Opt Out letter_ Document Date: _6/6/18_

Number of Pages: _____ Signer(s) Other Than Named Above: _None_

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5951

Eric Gonzalez

BOSTON MA 021

08 JUN 2018 PM 6 L



TransPerfect Settlement
Attn : Settlement Administrator
1801 Market Street, Suite 660
Philadelphia, PA 19103

Christopher R. Zeltser

Class Action Opt Out
Attn: TransPerfect Settlement
PO BOX 30456
Philadelphia, PA 19103

To whom it may concern,

Please exclude me from the Settlement Class in *Sackin et al., v. TransPerfect Global, Inc., No. 1:17-cv-1469-LGS*. My unique ID according to the email I received is TRP001296. If you have any questions, please contact me at *crzeltser* at *gmail.com* or (703) 989-1710.

Thank you,

Christopher R. Zeltser



Christopher Zeltser

CERTIFIED MAIL

7017 2620 0000 0241 8743

U.S. POSTAGE
PAID
BROOKLYN, NY
10128
JUN 20
AMOUNT
$3.95
R2306K135576-10

19103

1000

6/22

Class Action Opt Out
Attn: Transfected Settlement
PO Box 30456
Philadelphia, PA  19103

1910336456 E015

May 17 2018

Class Action Opt Out
Attn: TransPerfect Settlement
PO BOX 30456
Philadelphia, PA 19103

Dear Settlement Administrator-

This letter serves to exclude myself in the proposed settlement in in *Sackin et al., v. TransPerfect Global, Inc.*, No. 1:17-cv-1469-LGS.

To be clear, please exclude me from the Settlement Class in *Sackin et al., v. TransPerfect Global, Inc.*, No. 1:17-cv-1469-LGS

Please do not hesitate to contact me at 1.412.874.7819 or via email at demery@transperfect.com.

Best Regards,

S SUBURBAN
IL 604
17 MAY '18
PM 8 L





**US POSTAGE**
**$00.47º**
**First-Class**
Mailed From 60601
05/17/2018
032A 0061845458

Class Action Opt Out
Attn: TransPerfect Settlement
PO Box 30456
Philadelphia, PA 19103

19103-845656

To:     Settlement Administrator, *Sackin et al. v. TransPerfect Global, Inc., No. 1:17-cv-  1469-LGS*

From:  Tyrone Smith (**Unique ID# TRPT002489**)

RE:     Request to Opt-out of settlement

Date:  5/15/2018

To Whom It May Concern,

I was advised from an email notification I received on 5/11/2018 that I am a settlement class member in the <u>Sackin et al., v. TransPerfect Global, Inc., *No. 1:17-cv-1469-LGS*</u> matter.  Please accept this communication as my request to **opt out** of the above referenced settlement, and thanks for your assistance.

Sincerely,

Tyrone Smith

Tyrone Smith

PHOENIX
AZ 852
15 MAY '18
PM 11 1



FOREVER    USA

Class Action Opt Out
Attn: TransPerfect Settlement
PO BOX 30456
Philadelphia, PA 19103

19103-845656

Class Action Opt Out
Attn: TransPerfect Settlement
PO BOX 30456
Philadelphia, PA 19103

To whom it may concern,

I would like to exclude myself from the Sackin et al., v. TransPerfect Global, Inc., No. 1:17-cv-1469-LGS settlement and reserve the right to take future action if I can show damages

I would also like to request receipt of this letter.

Michael Gibbons





WE KNOW HOW





**TRANSPERFECT**

GLOBAL BRAND MANAGEMENT | TECHNOLOGY SOLUTIONS
LANGUAGE SERVICES | WEBSITE LOCALIZATION | QA & TESTING
E-LEARNING & TRAINING | MULTILINGUAL CALL CENTERS

OFFICES IN OVER 90 CITIES WORLDWIDE
WWW.TRANSPERFECT.COM



US POSTAGE
$03.04⁹
First-Class
Mailed From 60601
09/07/2016
032A 0061845458



**TRANSPERFECT**
ᴸᴱᴳᴬᴸ ˢᴼᴸᵁᵀᴵᴼᴺˢ

Class Action Opt Out
Trans Perfect Settlement
PO Box 30456
Philadelphia, PA 19103

150 NORTH MICHIGAN AVENUE, 7TH FLOOR, CHICAGO, IL 60601
T +1 312.578.0887   F +1 312.578.0892   WWW.TRANSPERFECTLEGAL.COM

Class Action Opt Out
Attn: TransPerfect Settlement
PO BOX 30456
Philadelphia, PA 19103

To Whom it may concern,

I would like to exclude myself from the Sackin et al., v. TransPerfect Global, Inc., No. 1:17-cv-1469-LGS settlement and reserve the right to take future action if I can show damages.

Best,
Alexa

Alexa Gordish | Director, Strategic A........



US POSTAGE
$00.47⁰
First-Class
Mailed From 60601
05/25/2018
032A 0061845458



TRANSPERFECT

Class Action Opt Out
Attn: Transperfect Settlement
PO BOX 3045b
Philadelphia, PA 19103

150 NORTH MICHIGAN AVENUE, 7TH FLOOR, CHICAGO, IL 60601

T +1 312.578.0887   F +1 312.578.0892   WWW.TRANSPERFECT.COM

Peter G. Buckstaff III

Wednesday, June 6 2018

To whom it may concern:

I, Peter G. Buckstaff III, write you today to exclude myself from the Sackin et al., v. TransPerfect Global, Inc., No. 1:17-cv-1469-LGS settlement and reserve the right to take future action if I can show damages.

Sincerely yours,

Peter G. Buckstaff III

20. How do I exclude myself from the Settlement?

To exclude yourself from the proposed Settlement, you must timely submit, by U.S. Mail, written notice of your intent to opt-out of the Settlement to the Settlement Administrator's designated address established for opt-outs. The written notice must clearly manifest your intent to be excluded from the Settlement Class in *Sackin et al., v. TransPerfect Global, Inc.*, No. 1:17-cv-1469-LGS, and must be signed by you. You can only request exclusion for yourself: you cannot request to exclude any other member of the Settlement Class. Mass opt-outs are not permitted.

To be effective, written notice must be postmarked by June 25, 2018 and mailed to:

Class Action Opt Out
Attn: TransPerfect Settlement
PO BOX 30456
Philadelphia, PA 19103

You cannot ask to be excluded on the phone, by email, or on this Settlement Website.

I P. BUCKSTAFF

7018 0040 0000 9263 8705



U.S. POSTAGE
PAID
CHICAGO, IL
60601
JUN 06, 18
AMOUNT
**$3.95**
R2304Y122710-09

1000        19103



CLASS ACTION OPT OUT
ATTN: TRANSPERFECT SETTLEMENT
PO BOX 30456
PHILADELPHIA, PA 19103

19103-845656

Jaclyn Perelgut

Monday, June 18, 2018

To whom it may concerns:

I, Jaclyn Perelgut, write you today to exclude myself from the Sackin et al., v. TransPerfect Global, Inc., No. 1:17-cv-1469-LGS settlement and reserve the right to take future action if I can show damages.

Sincerely yours,

Jaclyn Perelgut

## 20. How do I exclude myself from the Settlement?

To exclude yourself from the proposed Settlement, you must timely submit, by U.S. Mail, written notice of your intent to opt-out of the Settlement to the Settlement Administrator's designated address established for opt-outs. The written notice must clearly manifest your intent to be excluded from the Settlement Class in *Sackin et al., v. TransPerfect Global, Inc.*, No. 1:17-cv-1469-LGS, and must be signed by you. You can only request exclusion for yourself: you cannot request to exclude any other member of the Settlement Class. Mass opt-outs are not permitted.

To be effective, written notice must be postmarked by June 25, 2018 and mailed to:

Class Action Opt Out
Attn: TransPerfect Settlement
PO BOX 30456
Philadelphia, PA 19103

You cannot ask to be excluded on the phone, by email, or on this Settlement Website.

 **translations**.com

 

US POSTAGE
$00.47⁰
First-Class
Mailed From 60601
06/18/2018
032A 0061845458

Class Action Opt Out
Attn: TransPerfect Settlement
PO Box 30456
Philadelphia, PA 19103

Jaclyn Perelgut

1170 Peachtree Street, NE, 5th Floor, Atlanta, GA 30309

**Jasmina Pasic**

| | |
|---|---|
| **From:** | Settlement Administrator [TransPerfectsettlement=AdministratorClassAction.com@transperfectsettlement.com] on behalf of Settlement Administrator [TransPerfectsettlement@AdministratorClassAction.com] |
| **Sent:** | Friday, May 11, 2018 2:07 PM |
| **To:** | Jasmina Pasic |
| **Subject:** | Notice of Proposed Settlement |

*TO WHOM IT MAY CONCERN:*
*IT IS MY INTENT TO BE*
*EXCLUDED FROM THE SETTLEMENT*

Name: **JASMINA PASIC**

*CLASS IN SACKIN ET AL. V.*
*TRANSPERFECT GLOBAL INC*

### Summary Notice

*NO. 1:17-CV-1469*
*LGS*

*Sackin et al. v. TransPerfect Global, Inc., No. 1:17-cv-1469-LGS*
***You may be entitled to receive benefits under this class action settlement.***
*A federal court authorized this Notice. It is **not** a solicitation from a lawyer.*

*Jasmina Pasic*

A proposed settlement has been reached in a lawsuit entitled *Sackin et al. v. TransPerfect Global, Inc.*, No. 1:17-cv-1469-LGS, pending in the United States District Court for the Southern District of New York. The lawsuit alleges that on or about January 17, 2017, TransPerfect was the victim of a phishing attack resulting in the disclosure of Form W-2 data and/or payroll information of individuals who work for or had worked for TransPerfect and certain corporate affiliates (the "Data Breach"). TransPerfect maintains that it had meritorious defenses, and it was prepared to vigorously defend the lawsuit. The settlement is not an admission of wrongdoing or an indication that TransPerfect has violated any laws.

**Who Is Included?** TransPerfect's records indicate you are included in the settlement as a Settlement Class Member because you are a current or former TransPerfect employee whose Form W-2 data and/or payroll information was involved in the Data Breach.

**What Benefits are Included in the Settlement?**

- Settlement Class Members have the option to enroll in additional identity theft protection coverage at TransPerfect's cost in the form of Experian's Credit Plus 3-Bureau plan ("Class Settlement Experian Plan") for a three-year period. Each person who enrolls in the Class Settlement Experian Plan is entitled to: (i) three-bureau credit monitoring alerts; (ii) dark web surveillance alerts; (iii) daily credit reports; (iv) fraud resolution support; and (v) up to $1 million in identity theft insurance.
- To view the Benefits of the Experian Identity Theft Coverage being offered through this settlement, please click **here**.
- Settlement Class Members who have not accepted coverage under TransPerfect's offering of Experian ProtectMyID identity theft protection plan (the "Original Experian Plan"), offered shortly after the Data Breach, are able to do so without affecting their rights under the Settlement Agreement. The deadline for enrolling in the Original Experian Plan is **February 10, 2019**. You may find out whether you previously accepted coverage under the Original Experian Plan by calling Experian at 1-877-890-9332.
- Settlement Class Members who have elected to receive the Class Settlement Experian Plan being offered as part of this settlement may also seek reimbursement of economic costs up to $4,000 per Settlement Class Member that are related to the Data Breach and not reimbursed by Experian or another third party, if supported by required documentation. Any Settlement Class Member whose Reimbursement Claim to Experian is rejected for failure to submit a claim within Experian's required time period may not submit a Claim for reimbursement for economic costs related to the

*SINCERELY,*
*JASMINA PASIC (847) 220-1992*

Data Breach.

- The Class Settlement Experian Plan being provided to Settlement Class Members is available whether or not they enrolled in the Original Experian Plan.

**How Do I Receive Settlement Benefits?** To receive the Class Settlement Experian plan at TransPerfect's expense, Settlement Class Members must submit an identity theft protection enrollment form (the "Identity Theft Protection Election Form") to the Settlement Administrator by **December 5, 2018**. To file a claim for reimbursement of economic costs, a Settlement Class Member must first elect to receive the Class Settlement Experian plan, exhaust the insurance benefit available through Experian, and submit a Reimbursement Form to the Settlement Administrator by **February 10, 2021**. Both forms are available at www.TransPerfectSettlement.com, by calling 1-844-824-5797, or by writing to the Settlement Administrator at TransPerfect Settlement, 1801 Market Street, Suite 660, Philadelphia, PA 19103. Both forms may be submitted through the Settlement Website or by mail to the Settlement Administrator.

**What Are My Options?** You can do nothing, submit an Identity Theft Protection Election Form, or exclude yourself from the settlement.

- If you do nothing or submit an Identity Theft Protection Election Form, your rights will be affected. You will not be able to sue Defendant in a future lawsuit about the claims addressed in the settlement.
- If you exclude yourself, you will not receive the listed settlement benefits — but you will keep your right to sue Defendant in a separate lawsuit on the issues covered by the settlement. You must contact the Settlement Administrator by mail to exclude yourself.
- If you do not exclude yourself, you can object to the settlement, Class Counsel's request for fees and expenses, or the Settlement Class Representatives' requests for incentive awards.

***All Requests for Exclusion and Objections must be mailed and postmarked by June 25, 2018.***

**The Final Approval Hearing.** The Court will hold a Final Approval Hearing at 11:00 a.m., on **August 16, 2018**, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1106, New York, NY 10007. At the Final Approval Hearing, the Court will consider whether the proposed settlement is fair, reasonable, and adequate. The Court may also consider Settlement Class Counsel's request for attorneys' fees and costs, and service awards to the Settlement Class Representatives that filed this lawsuit. If there are objections, the Court will consider them.

**Getting More Information.** More information, including the Settlement Agreement and other related documents, is available at www.TransPerfectSettlement.com.

*MAILING ADDRESS:*

*JASMINA PASIC*

Unsubscribe

*PLEASE EXCLUDE ME FROM THE SETTLEMENT CLASS*

*Jasmina Pasic*

*06/21/18*

JASMINA PASIC

NEW YORK NY 100

21 JUN 2018 PM 4 L



FOREVER USA

CLASS ACTION OPT OUT

ATTN. TRANSPERFECT SETTLEMENT

P.O. BOX 30456

PHILADELPHIA, PA 19103

19103-845656