UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSE SACKIN, PETER HARRIS, STEPHEN LUSTIGSON, NICHOLAS MIUCCIO, and SARAH HENDERSON, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>TRANSPERFECT GLOBAL, INC.,<br><br>       Defendant. | Case No. 17-cv-1469 (LGS) |

### DECLARATION OF CLAUDIA D. MCCARRON REGARDING NOTICE OF PROPOSED SETTLEMENT PURSUANT TO 28 U.S.C. § 1715

I, Claudia D. McCarron, declare and state as follows:

1. I have personal knowledge of the matters stated herein, and if called to testify as a witness, I could and would testify completely to the following facts.

2. I am an attorney with the law firm of Mullen Coughlin, LLC, which serves as counsel for Defendant TransPerfect Global, Inc., in the above-captioned action.

3. I submit this declaration upon personal knowledge to demonstrate TransPerfect's compliance with the notice requirements of the Class Action Fairness Act of 2006, 28 U.S.C. § 1715 ("CAFA").

4. On December 15, 2017, Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement with Defendant TransPerfect. (Dkt. 44).

5. On December 22, 2017, pursuant to 28 U.S.C. § 1715 (a) & (b), the Angeion Group staff, acting under my direction and supervision, served CAFA Notice, which consisted of a cover letter and certain accompanying documents, upon the U.S. Attorney General and the appropriate

government officials for all fifty states, the District of Columbia, Guam, Puerto Rico, and the Virgin Islands.

6. Attached hereto as Exhibit A is a true and correct copy of the letter that was mailed as described in Paragraph 5.

7. Attached hereto as Exhibit B is the list of names and addresses of the government officials upon whom the CAFA Notice was served.

8. On February 16, 2018, Plaintiffs filed revised notice exhibits to the parties' proposed settlement agreement, edited in accordance with Your Honor's instructions from the February 8, 2018 Preliminary Approval Hearing. (Dkt 52).

9. On March 13, 2018, the Court entered an order granting preliminary approval of the parties' class action settlement and approving the proposed notice program. (Dkt. 55).

10. On April 11, 2018, the Angeion Group staff, acting under my direction and supervision, served supplemental CAFA Notice, which consisted of a cover letter and certain accompanying documents, including the revised notice exhibits which were approved by the Court, upon the U.S. Attorney General and the appropriate government officials for all fifty states, the District of Columbia, Guam, Puerto Rico, and the Virgin Islands.

11. Attached hereto as Exhibit C is a true and correct copy of the letter that was mailed as described in Paragraph 10.

12. Attached hereto as Exhibit B is the list of names and addresses of the government officials upon whom the CAFA Notice was served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of September 2018 in Pennsylvania.

_/s/ Claudia D. McCarron_
CLAUDIA D. MCCARRON
**MULLEN COUGHLIN LLC**

# Exhibit A



1801 Market Street, Suite 660
Philadelphia, PA  19103
(p) 215-563-4116
(f) 215-563-8839
www.angeiongroup.com

December 22, 2017

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re: Notice of Class Action Settlement**
Sackin et al v. TransPerfect Global, Inc.
Case No. 1:17-cv-1469-LGS

Dear Counsel or Official:

    Angeion Group, an independent claims administrator, on behalf of TransPerfect Global, Inc. ("TransPerfect "), defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the proposed class action settlement between TransPerfect Global, Inc. and Plaintiffs in the below-described action:

    **Case Name:**  Sackin et al v. TransPerfect Global, Inc.
    **Index Number:**  1:17-cv-1469-LGS
    **Jurisdiction:**  United States District Court Southern District of New York
    **Date Settlement Filed with Court:**  December 15, 2017

    In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD-ROM:

1. **28 U.S.C. § 1715(b)(1)-Complaint:**  Included on the enclosed CD-ROM, please find a copy of the Class Action Complaint, filed February 27, 2017, in the Sackin et al v. TransPerfect Global, Inc., (Case No. 1:17-cv-1469-LGS); Amended Class Action Complaint, filed May 19, 2017.

2. **28 U.S.C. § 1715(b)(2): Notice of Any Scheduled Judicial Hearings:**  A hearing has been scheduled for January 18, 2018 at 11:10 a.m. has been scheduled regarding Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

3. **28 U.S.C. § 1715(b)(3): Notification to Class Members:**  A copy of the Summary Notice filed with the Court on December 15, 2017 is included on the enclosed CD-ROM.

4. **28 U.S.C. § 1715(b)(4): Class Action Settlement Agreement:**  Stipulation and Settlement Agreement, filed with the Court on December 15, 2017.

Also included on the enclosed CD-ROM is Notice of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, filed December 15, 2017; Memorandum in Support of Plaintiffs' Motion Preliminary Approval of Class Action Settlement, filed December 15, 2017; Notice of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, filed December 15, 2017; Declaration of Jeremiah Frei-Pearson, filed December 15, 2017.

5. **28 U.S.C. § 1715(b)(5): Any Settlement or Other Agreements:** No other settlements or other agreements have been contemporaneously made between parties.

6. **28 U.S.C. § 1715(b)(6): Final Judgment:** As of the time of the filing of this CAFA Notice, no Final Judgment or notice of dismissal has been entered in this case.

7. **28 U.S.C. § 1715(b)(7)(B): Estimate of Class Members:** TransPerfect has acknowledged that there are approximately 4,884 persons who meet the class definition, which is set forth above or alleged in Plaintiff's Complaint.

8. **28 U.S.C. §1715(b)(8): Judicial Opinions Related to the Settlement:** As of the time of the filing of this CAFA Notice, the Preliminarily Approval Order has not been granted.

If you have questions or concerns about this notice, the proposed settlement, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact this office.

Sincerely,

Angeion Group
1801 Market Street, Suite 660
Philadelphia, PA 19103
(p) 215-563-4116
(f) 215-563-8839

**Enclosures**

# Exhibit B

| Salutation | First | Last | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Mr. Attorney General | Mark | Brnovich | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| Madam Attorney General | Cynthia | Coffman | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Mr. Attorney General | Matthew | Denn | Delaware Attorney General | 820 N. French Street 6th Fl | Carvel State Office Building | Wilmington | DE | 19801 |
| Madam Attorney General | Pam | Bondi | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Mr. Attorney General | Douglas | Chin | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Mr. Attorney General | Andy | Beshear | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601-3449 |
| Mr. Attorney General | Jeff | Landry | Office of the Louisiana Attorney General | PO Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Madam Attorney General | Maura | Healey | Office of the Attorney General of Massachusetts | One Ashburton Place | | Boston | MA | 02108-1698 |
| Mr. Attorney General | Brian | Frosh | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mr. Attorney General | Jim | Hood | Mississippi Attorney General's Office | 550 High St., Ste 1200 | | Jackson | MS | 39201 |
| Mr. Attorney General | Tim | Fox | Office of the Montana Attorney General | 215 N. Sanders Street | Justice Bldg, 3rd Fl | Helena | MT | 59601 |
| Mr. Attorney General | Josh | Stein | Office of the North Carolina Attorney General | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 |
| Mr. Attorney General | Gordon | MacDonald | New Hampshire Attorney General | 33 Capitol Street | State House Annex | Concord | NH | 03301-6397 |
| Mr. Attorney General | Christopher S | Porrino | Office of the New Jersey Attorney General | 25 Market Street, PO Box 080 | Richard J. Hughes Justice Complex | Trenton | NJ | 08625 |
| Mr. Attorney General | Hector | Balderas | Office of the New Mexico Attorney General | PO Box 1508 | | Santa Fe | NM | 87504-1508 |
| Mr. Attorney General | Mike | DeWine | Ohio Attorney General | 30 E. Broad Street, 14th Floor | State Office Tower | Columbus | OH | 43215 |
| Mr. Attorney General | Marty J. | Jackley | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Mr. Attorney General | Mark | Herring | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 |
| Mr. Attorney General | Bob | Ferguson | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Madam Attorney General | Jahna | Lindemuth | Office of the Alaska Attorney General | PO Box 110300 | | Juneau | AK | 99811-0300 |
| Madam Attorney General | Leslie | Rutledge | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Mr. Attorney General | George | Jepsen | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 06106 |
| Mr. Attorney General | Karl | Racine | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Mr. Attorney General | Christopher | Carr | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Mr. Attorney General | Tom | Miller | Iowa Attorney General | 1305 E. Walnut Street | Hoover State Office Building | Des Moines | IA | 50319 |
| Madam Attorney General | Lisa | Madigan | Illinois Attorney General | 100 W. Randolph Street | James R. Thompson Center | Chicago | IL | 60601 |
| Madam Attorney General | Janet | Mills | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Mr. Attorney General | Joshua | Hawley | Missouri Attorney General's Office | 207 W. High Street | Supreme Court Building | Jefferson City | MO | 65101 |
| Mr. Attorney General | Doug | Peterson | Office of the Nebraska Attorney General | PO BOX 98920 | 2115 State Capitol | Lincoln | NE | 68509 |
| Mr. Attorney General | Adam Paul | Laxalt | Nevada Attorney General | 100 North Carson Street | Old Supreme Ct. Bldg. | Carson City | NV | 89701 |
| Mr. Attorney General | Mike | Hunter | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Madam Attorney General | Ellen | Rosenblum | Office of the Oregon Attorney General | 1162 Court Street, NE | Oregon Department of Justice | Salem | OR | 97301 |
| Mr. Attorney General | Josh | Shapiro | Pennsylvania Office of the Attorney General | 1600 Strawberry Square, 16 Fl | | Harrisburg | PA | 17120 |
| Mr. Attorney General | Peter | Kilmartin | State of Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Mr. Attorney General | Ken | Paxton | Attorney General of Texas | PO Box 12548 | Capitol Station | Austin | TX | 78711-2548 |
| Mr. Attorney General | Sean | Reyes | Utah Office of the Attorney General | PO Box 142320 | 350 North State Street Suite 230 | Salt Lake City | UT | 84114-2320 |
| Mr. Attorney General | Patrick | Morrisey | West Virginia Attorney General | 1900 Kanawha Blvd E, Bldg 1 Room E-26 | State Capitol | Charleston | WV | 25305 |
| Mr. Attorney General | Peter K. | Michael | Office of the Wyoming Attorney General | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 |
| Mr. Attorney General | Steve | Marshall | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Madam Attorney General | CAFA Coordinator | | Office of the California Attorney General | 455 Golden Gate Ave, Ste 11000 | Consumer Law Section | San Francisco | CA | 94102 |
| Mr. Attorney General | Lawrence | Wasden | State of Idaho Attorney General's Office | 700 W Jefferson St  Suite 210 | PO Box 83720 | Boise | ID | 83720 |
| Mr. Attorney General | Curtis | Hill, Jr | Indiana Attorney General's Office | 302 West Washington Street, 5th Floor | Indiana Government Center South | Indianapolis | IN | 46204 |
| Mr. Attorney General | Derek | Schmidt | Kansas Attorney General | 120 S.W. 10th Ave, 2nd Floor | | Topeka | KS | 66612 |
| Mr. Attorney General | Bill | Schuette | Office of the Michigan Attorney General | 525 W. Ottawa Street, PO Box 30212 | G Mennen Williams Bldg., 7th Fl | Lansing | MI | 48909 |
| Madam Attorney General | Lori | Swanson | Minnesota Attorney General's Office | 445 Minnesota St Ste 102 | STATE CAPITOL | St. Paul | MN | 55101-2190 |
| Mr. Attorney General | Wayne | Stenehjem | State of North Dakota Office of the Attorney General | 600 E. Boulevard Avenue, Dept 125 | State Capitol | Bismarck | ND | 58505-0040 |
| Mr. Attorney General | Eric | Schneiderman | Office of the New York Attorney General | The Capitol | | Albany | NY | 12224 |
| Mr. Attorney General | Alan | Wilson | South Carolina Attorney General | PO Box 11549 | Rembert C. Dennis Bldg. | Columbia | SC | 29211-1549 |
| Mr. Attorney General | Herbert H. | Slatery, III | Tennessee Office of the Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |

| Salutation | First | Last | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Mr. Attorney General | TJ | Donovan | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Mr. Attorney General | Brad | Schimel | Office of the Wisconsin Attorney General | 17 W Main St | PO Box 7857 | Madison | WI | 53707-7857 |
| Mr. Attorney General | Talauega Eleasalo | Ale | American Samoa Attorney General | Exec. Ofc. Bldg, Utulei | Territory of American Samoa | Pago Pago | AS | 96799 |
| Mr. Attorney General | Jeff | Sessions | Office of the Attorney General of the United States | 950 Pennsylvania Avenue, NW | United States Department of Justice | Washington | DC | 20530-0001 |
| Madam Attorney General | Elizabeth | Barrett-Anderson | The Attorney General of Guam | 590 S.Marine Corps Drive | ITC Bldg., Suite 706 | Tamuning | GU | 96913 |
| Mr. Attorney General | Edward | Manibusan | Office of the Northern Mariana Islands Attorney General | PO Box 10007 | Administration Building | Saipan | MP | 96950-8907 |
| Madam Attorney General | Wanda Vazquez | Garced | Puerto Rico Attorney General | PO BOX 9020192 | | San Juan | PR | 00902-0192 |
| Mr. Attorney General | Claude E. | Walker | Virgin Islands Attorney General | 34-38 Kronpridsens Gade | GERS Building, 2nd Fl | St. Thomas | VI | 00802 |

# Exhibit C



1801 Market Street, Suite 660
Philadelphia, PA 19103
(p) 215-563-4116
(f) 215-563-8839
www.angeiongroup.com

April 11, 2018

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re: Notice of Class Action Settlement**
Sackin et al v. TransPerfect Global, Inc.
Case No. 1:17-cv-1469-LGS

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of TransPerfect Global, Inc. ("TransPerfect"), defendant in the below-described action, hereby provides your office with this supplemental notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the proposed class action settlement between TransPerfect Global, Inc., and Plaintiffs in the below-described action:

**Case Name:** Sackin et al v. TransPerfect Global, Inc.
**Index Number:** 1:17-cv-1469-LGS
**Jurisdiction:** United States District Court Southern District of New York
**Date Settlement Filed with Court:** December 15, 2017

In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD-ROM:

1. **28 U.S.C. § 1715(b)(1)-Complaint:** Included on the enclosed CD-ROM, please find a copy of the Class Action Complaint, filed February 27, 2017, in the Sackin et al v. TransPerfect Global, Inc., (Case No. 1:17-cv-1469-LGS); Amended Class Action Complaint, filed May 19, 2017.

2. **28 U.S.C. § 1715(b)(2): Notice of Any Scheduled Judicial Hearings:** A Final Approval hearing has been scheduled for August 16, 2018 at 11:00 a.m. to determine: (a) whether the proposed settlement of the Action on the terms and conditions provided for in the Settlement Agreement is fair, reasonable and adequate and should be given final approval by the Court; (b) whether a final judgment should be entered; (c) whether to award payment of attorneys' fees, costs, and expenses to Class Counsel and in what amount; and (d) whether to award payment of a service award to the Settlement Class Representatives and in what amount.

3. **28 U.S.C. § 1715(b)(3): Notification to Class Members:** A copy of the Summary Notice, Long Form Notice and Summary Description filed with the Court on February 16, 2018 is included on the enclosed CD-ROM.

4. **28 U.S.C. § 1715(b)(4): Class Action Settlement Agreement:** Stipulation and Settlement Agreement, filed with the Court on December 15, 2017.

   Also included on the enclosed CD-ROM is Notice of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, filed December 15, 2017; Memorandum in Support of Plaintiffs' Motion Preliminary Approval of Class Action Settlement, filed December 15, 2017; Notice of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, filed December 15, 2017; Declaration of Jeremiah Frei-Pearson, filed December 15, 2017.

5. **28 U.S.C. § 1715(b)(5): Any Settlement or Other Agreements:** No other settlements or other agreements have been contemporaneously made between parties.

6. **28 U.S.C. § 1715(b)(6): Final Judgment:** As of the time of the filing of this CAFA Notice, no Final Judgment or notice of dismissal has been entered in this case.

7. **28 U.S.C. § 1715(b)(7)(B): Estimate of Class Members:** TransPerfect has acknowledged that there are approximately 4,884 persons who meet the class definition, which is set forth above or alleged in Plaintiff's Complaint.

8. **28 U.S.C. §1715(b)(8): Judicial Opinions Related to the Settlement:** A copy of the Order Granting Preliminary Approval of Class Action Settlement and Approving Notice Program filed March 13, 2018 is included on the enclosed CD-ROM.

If you have questions or concerns about this notice, the proposed settlement, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact this office.

Sincerely,

Angeion Group
1801 Market Street, Suite 660
Philadelphia, PA 19103
(p) 215-563-4116
(f) 215-563-8839

**Enclosures**